IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BOBBY STEVENS AND
JOSEPHINE STEVENS                                                                  PLAINTIFFS

VS.                                                        CIVIL ACTION NO. 4:03cv164-WHB-JHR

FORD MOTOR COMPANY, ET AL.                                                DEFENDANTS

## ORDER OF DISMISSAL

This matter having come before the Court on the Motion of the parties for a dismissal and the Court being advised that the parties have agreed to this Order does hereby find that this matter should be dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint is dismissed with prejudice with each party to bear its respective costs.

**SO ORDERED** this 16th day of August, 2006.

                                            s/William H. Barbour, Jr.
                                            **UNITED STATES DISTRICT JUDGE**


**AGREED:**

**/s/ Mark Ivey Burton**
**MARK IVEY BURTON, ESQ.**
**Counsel for Plaintiffs**

**/s/ Gene D. Berry**
**GENE D. BERRY, ESQ.**
**Counsel for Defendants**